```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
PETER LEWIS,

                    Movant,

                                                              20-cv-2337 (LAK)
           -against-                                          (16-cr-212 (LAK))


UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------------x
```

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to movant's motion [DI 1] no later than April 16, 2020. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

       SO ORDERED.

Dated:    March 17, 2020

                                                      /s/ Lewis A. Kaplan
                                        _____
                                                     Lewis A. Kaplan
                                            United States District Judge